CHARLES C. CORRELL, JR. (SBN 258085)
ccorrell@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com
SHANE BRUN (SBN 179079)
sbrun@kslaw.com
BROOKE KOPEL (SBN 347526)
bkopel@kslaw.com
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

BRUCE W. BABER (*pro hac vice* forthcoming)
bbaber@kslaw.com
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Plaintiffs
Dolby Laboratories Licensing Corporation
and Dolby International AB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLBY LABORATORIES LICENSING CORPORATION, a New York corporation and DOLBY INTERNATIONAL AB, a Swedish private limited company,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>ROKU, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-04660<br><br>**PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIV L.R. 3-15)**<br><br>Action Filed:　　August 1, 2024 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff Dolby Laboratories Licensing Corporation is a wholly-owned subsidiary of Dolby Laboratories, Inc., a California corporation, which is a wholly-owned subsidiary of Dolby Laboratories, Inc., a Delaware corporation that is publicly traded.

Plaintiff Dolby International AB is a wholly-owned subsidiary of Dolby International Holding BV, a Dutch private limited liability company, which is a wholly-owned subsidiary of Dolby Laboratories, Inc., a California corporation, which is a wholly-owned subsidiary of Dolby Laboratories, Inc., a Delaware corporation that is publicly traded.

Dated: August 1, 2024

**KING & SPALDING LLP**

By: */s/ Charles C. Correll, Jr.*
Charles C. Correll, Jr.
Samuel R. Diamant
Shane Brun
Brooke Kopel
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111

Bruce W. Baber (*pro hac vice* forthcoming)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

M. Kyle Reynolds (*pro hac vice* forthcoming)
KING & SPALDING LLP
3232 McKinney Avenue
Suite 500
Dallas, Texas 75204

*Attorneys for Plaintiffs*
Dolby Laboratories Licensing Corporation and
Dolby International AB