CHARLES C. CORRELL, JR. (SBN 258085)
ccorrell@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com
SHANE BRUN (SBN 179079)
sbrun@kslaw.com
BROOKE KOPEL (SBN 347526)
bkopel@kslaw.com
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

BRUCE W. BABER (*pro hac vice* forthcoming)
bbaber@kslaw.com
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Plaintiffs
Dolby Laboratories Licensing Corporation
and Dolby International AB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLBY LABORATORIES LICENSING CORPORATION, a New York corporation and DOLBY INTERNATIONAL AB, a Swedish private limited company,<br><br>    Plaintiffs,<br>    v.<br><br>ROKU, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:24-cv-04660<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT (FED R. CIV. P. 7.1)**<br><br>Action Filed:    August 1, 2024 |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Dolby Laboratories Licensing Corporation and Dolby International AB (together, "Plaintiffs") hereby disclose all parent corporations of Plaintiffs, respectively, and any publicly held corporation owning 10% or more of Plaintiffs' respective stock.

Plaintiff Dolby Laboratories Licensing Corporation is a wholly-owned subsidiary of Dolby Laboratories, Inc., a California corporation, which is a wholly-owned subsidiary of Dolby Laboratories, Inc., a Delaware corporation that is publicly traded.

Plaintiff Dolby International AB is a wholly-owned subsidiary of Dolby International Holding BV, a Dutch private limited liability company, which is a wholly-owned subsidiary of Dolby Laboratories, Inc., a California corporation, which is a wholly-owned subsidiary of Dolby Laboratories, Inc., a Delaware corporation that is publicly traded.

Dated: August 1, 2024                                       **KING & SPALDING LLP**

By: */s/ Charles C. Correll, Jr.*
    Charles C. Correll, Jr.
    Samuel R. Diamant
    Shane Brun
    Brooke Kopel
    KING & SPALDING LLP
    50 California Street, Suite 3300
    San Francisco, California 94111

    Bruce W. Baber (*pro hac vice* forthcoming)
    KING & SPALDING LLP
    1180 Peachtree Street, N.E.
    Atlanta, Georgia 30309

    M. Kyle Reynolds (*pro hac vice* forthcoming)
    KING & SPALDING LLP
    3232 McKinney Avenue
    Suite 500
    Dallas, Texas 75204

    Attorneys for Plaintiffs
    Dolby Laboratories Licensing Corporation
    and Dolby International AB