UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DOLBY LABORATORIES LICENSING CORP, et al., | Case No. 5:24-cv-04660 EJD |
|---|---|
| Plaintiffs, | **ORDER DENYING APPLICATIONS FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| ROKU, INC., | |
| Defendant. | |

The Court is in receipt of a applications for admission of attorney *pro hac vice* (ECF No. 13, 14). All counsel seeking admission *pro hac* vice must, pursuant to Civil Local Rule 11-3(a)(3), certify that an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel. In the referenced applications, counsel indicates designated local co-counsel in the case is Charles Correll. Charles Correll (CA SBN 258085) is not a member of the bar of this Court. The Court therefore DENIES without prejudice the applications for admission *pro hac vice* of Bruce W. Baber and Michael Kyle Reynolds.

**IT IS SO ORDERED.**

Dated: August 22, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-04660 EJD
Order Denying Admission *Pro Hac Vice*