| | |
|---|---|
| CHARLES C. CORRELL, JR. (SBN 258085) | MATTHEW M. WERDEGAR (SBN 200470) |
| ccorrell@kslaw.com | mwerdegar@keker.com |
| SHANE BRUN (SBN 179079) | EUGENE M. PAIGE (SBN 202849) |
| sbrun@kslaw.com | epaige@keker.com |
| SAMUEL R. DIAMANT (SBN 288738) | CODY S. HARRIS (SBN 255302) |
| sdiamant@kslaw.com | charris@keker.com |
| BROOKE KOPEL (SBN 347526) | ANJALI SRINIVASAN (SBN 304413) |
| bkopel@kslaw.com | asrinivasan@keker.com |
| KING & SPALDING LLP | ANDREW S. BRUNS (SBN 315040) |
| 50 California Street, Suite 3300 | abruns@keker.com |
| San Francisco, CA 94111 | KRISTEN E. LOVIN (SBN 293688) |
| | klovin@keker.com |
| BRUCE W. BABER (*pro hac vice*) | ROBYN PARISER (SBN 335017) |
| bbaber@kslaw.com | rpariser@keker.com |
| KING & SPALDING LLP | IMARA MCMILLAN (SBN 337519) |
| 1180 Peachtree Street, N.E. | imcmillan@keker.com |
| Atlanta, GA 30303 | KEKER, VAN NEST & PETERS LLP |
| | 633 Battery Street |
| M. KYLE REYNOLDS (*pro hac vice*) | San Francisco, CA 94111-1809 |
| kreynolds@kslaw.com | |
| KING & SPALDING LLP | *Attorneys for Defendant and Counterclaim-Plaintiff* Roku, Inc. |
| 2601 Olive Street, Suite 2300 | |
| Dallas, TX 75201 | |

*Attorneys for Plaintiffs and Counterclaim-Defendants* Dolby Laboratories Licensing Corporation and Dolby International AB and *Counterclaim-Defendant* Dolby Laboratories, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLBY LABORATORIES LICENSING CORPORATION and DOLBY INTERNATIONAL AB, | Case No. 5:24-cv-04660-EJD |
| | Hon. Edward J. Davila |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES** |
| ROKU, INC., a Delaware corporation, | |
| Defendant and Counterclaim-Plaintiff, | |
| v. | |
| DOLBY LABORATORIES LICENSING CORPORATION, DOLBY INTERNATIONAL AB and DOLBY LABORATORIES, INC., | |
| Counterclaim-Defendants. | |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs and Counterclaim-Defendants Dolby Laboratories Licensing Corporation and Dolby International AB ("Plaintiffs"), and Counterclaim-Defendant Dolby Laboratories, Inc. (together with Plaintiffs, "Dolby"), and Defendant and Counterclaim-Plaintiff Roku, Inc. ("Roku") (collectively, the "Parties"), respectfully submit this Stipulation and [Proposed] Order Extending Certain Deadlines, which seeks to (1) extend Roku's deadline to respond to Plaintiffs' Second Amended Complaint, (2) extend Dolby's deadline to respond to Roku's Answer to First Amended Complaint and Counterclaims, and (3) set a modified briefing schedule should the Parties file motions to dismiss, and respectfully state as follows:

WHEREAS, on October 16, 2024, Plaintiffs filed their Amended Complaint in accordance with Rule 15(a)(1)(B) of the Federal Rules (ECF No. 41);

WHEREAS, on November 8, 2024, Roku filed a motion to dismiss Plaintiffs' Amended Complaint under Rule 12(b)(6) of the Federal Rules (ECF No. 47);

WHEREAS, on March 20, 2025, the Court issued its Patent Scheduling Order (ECF No. 62) that, among other things, scheduled an Interim Case Management Conference in this matter for October 23, 2025, at 10:00 a.m.;

WHEREAS, on July 18, 2025, the Court granted in part and denied in part Roku's motion to dismiss Plaintiffs' Amended Complaint and allowed Plaintiffs 21 days to file a second amended complaint (ECF No. 73);

WHEREAS, on August 1, 2025, Roku filed its Answer to First Amended Complaint and Counterclaims (ECF No. 76), which included Dolby Laboratories, Inc. as a Counterclaim-Defendant;

WHEREAS, on August 8, 2025, Plaintiffs filed their Second Amended Complaint (ECF No. 78);

WHEREAS, under Rule 15(a)(3) of the Federal Rules, Roku's response to Plaintiffs' Second Amended Complaint is presently due by August 22, 2025; and, in the event that Roku files a motion to dismiss Plaintiffs' Second Amended Complaint, Plaintiffs' opposition would be due on September 5, 2025, and Roku's reply would be due on September 12, 2025;

WHEREAS, under Rule 12(a)(1)(B) of the Federal Rules, Dolby's response to Roku's Answer to First Amended Complaint and Counterclaims is presently due by August 22, 2025; and, in the event that Dolby files a motion to dismiss Roku's counterclaims, Roku's opposition would be due on September 5, 2025, and Dolby's reply would be due on September 12, 2025;

WHEREAS, the Parties have met and conferred through their respective counsel and have agreed, subject to the Court's approval, on certain reasonable extensions of time for (1) Roku's deadline to respond to Plaintiffs' Second Amended Complaint, (2) Dolby's deadline to respond to Roku's Answer to First Amended Complaint and Counterclaims, and (3) the briefing schedule should the Parties file any motions to dismiss;

WHEREAS, the Parties have further agreed, subject to the Court's approval and any further orders of the Court, that it would be beneficial to the Parties for the October 23, 2025, Interim Case Management Conference to remain on the calendar.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their respective counsel, subject to the approval of the Court, that:

1. Roku's deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint shall be **August 29, 2025**;

2. Dolby's deadline to answer or otherwise respond to Roku's Answer to First Amended Complaint and Counterclaims shall be **August 29, 2025**;

3. In the event that Roku files a motion to dismiss Plaintiffs' Second Amended Complaint, Plaintiffs' opposition shall be due by **September 17, 2025**, and Roku's reply shall be due by **September 26, 2025**;

4. In the event that Dolby files a motion to dismiss Roku's Counterclaims, Roku's opposition shall be due by **September 17, 2025**, and Dolby's reply shall be due by **September 26, 2025**;

5. The Interim Case Management Conference set for **October 23, 2025**, at 10:00 a.m. will remain on the calendar, subject to any further orders of the Court. To the extent the Parties file motions to dismiss, they will inquire with the Courtroom Deputy about the possibility of scheduling the hearing (if any) on the motions to coincide

with the Interim Case Management Conference.

Respectfully submitted,

Dated: August 18, 2025          **KING & SPALDING LLP**

By: */s/ Charles C. Correll, Jr.*
    Charles C. Correll, Jr.
    Shane Brun
    Samuel R. Diamant
    Brooke Kopel
    KING & SPALDING LLP
    50 California Street, Suite 3300
    San Francisco, California 94111

    Bruce W. Baber (*pro hac vice*)
    KING & SPALDING LLP
    1180 Peachtree Street, N.E.
    Atlanta, Georgia 30309

    M. Kyle Reynolds (*pro hac vice*)
    KING & SPALDING LLP
    2601 Olive Street, Suite 2300
    Dallas, TX 75201

*Attorneys for Plaintiffs and Counterclaim-defendants*
Dolby Laboratories Licensing Corporation and Dolby International AB
*Attorneys for Counterclaim-defendant*
Dolby Laboratories, Inc.

3

| | |
|---|---|
| Dated: August 18, 2025 | **KEKER, VAN NEST & PETERS LLP**<br><br>By: */s/ Andrew S. Brun*<br>Matthew M. Werdegar<br>Eugene M. Paige<br>Cody S. Harris<br>Anjali Srinivasan<br>Andrew S. Bruns<br>Kristen E. Lovin<br>Robyn Pariser<br>Imara McMillan<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA  94111<br><br>*Attorneys for Defendant and Counterclaimant*<br>Roku, Inc. |

4

# [PROPOSED] ORDER

Upon review of the foregoing stipulation of the parties, and the Court finding good cause for the same, **IT IS SO ORDERED**.

Dated: _____, 2025

_____
Hon. Edward J. Davila
United States District Judge

5

STIPULATION AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES

CASE NO. 5:24-cv-04660-EJD

## L.R. 5-1 ATTESTATION

I, Charles C. Correll, Jr., attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Charles C. Correll, Jr.*
CHARLES C. CORRELL, JR.